[No. 29703-1-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ALYOUSIS WILCOX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02654-4, Anthony P. Wartnik, J., entered November 27, 1991. *Remanded with instructions* by unpublished opinion per Webster, C.J., concurred in by Coleman and Kennedy, JJ.


[No. 28821-1-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY PAUL LOZIER, ET AL, *Defendants*, NOUATA NOUATA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00619-5, Larry A. Jordan, J., entered July 12, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.


[No. 32321-1-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. MERRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-06730-9, Richard M. Ishikawa, J., entered January 26, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.


[No. 32546-9-I.    Division One.    April 11, 1994.]

MARI KATHLEEN MULDOON, *Appellant*, v. GREG OWEN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-26142-1, Liem E. Tuai, J., entered March 8, 1993. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Forrest, J. Pro Tem.